IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, :
:
v. : 3:18-mc-00066
: (JUDGE MARIANI)
GLORIA SUN JUNG YUN :
:
Defendant. :

## ORDER

AND NOW, THIS 6th DAY OF MARCH, 2018, upon *de novo* review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 4), Gloria Sun Jung Yun's Objections thereto[1] (Doc. 5), and all other relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Gloria Sun Jung Yun's Objections (Doc. 5) are **OVERRULED**.

2. The R&R (Doc. 4) is **ADOPTED** for the reasons set forth therein.

3. The above-captioned matter is **REMANDED** to the Magisterial District Court of Monroe County (MDJ-43-2-01).

4. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge

---

[1] The Court notes that Gloria Sun Jung Yun does not appear to object to any of the Magistrate Judge's substantive findings or his ultimate recommendation. Instead, she takes issue with the R&R's characterization of her in a footnote (Doc. 4, at 2 n.2) as a "'sovereign citizen' or 'redemptionist.'" (*See* Doc. 5, at 3 ("Yun agree[s] that case should be closed for lack of jurisdiction but she is been [*sic*] injured by these judges' opinion with [*sic*] lacks evidences but allegation that Yun 'appears' to be 'Sovereign Citizen' and 'redemptionist' . . .")).